```
UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
------------------------------------------------------------X
HYUN B. EUN,
                                                                    NOT FOR PUBLICATION
                        Plaintiff,                                  **ORDER**
                                                                    10-cv-4710 (CBA) (MDG)
        -against-

ALL AMERICAN RECYCLE CENTER, et al.,

                        Defendants.
------------------------------------------------------------X
```

FILED
IN CLERK'S OFFICE
U.S. DISTRICT COURT E.D.N.Y.
★ APR 1 2 2012 ★
BROOKLYN OFFICE

**AMON, Chief United States District Judge**.

Before the Court is Magistrate Judge Marilyn D. Go's report and recommendation (R & R) on defendant's motion to dismiss the above-captioned action for failure to prosecute, Fed. R. Civ. P. 41(b). The Court has reviewed Magistrate Judge Go's recommendation that the motion to dismiss be granted. The well-reasoned R & R is adopted in its entirety, and defendant's motion to dismiss is granted. The Clerk of Court is directed to enter judgment accordingly and to close this case.

SO ORDERED.

Dated: April 12, 2012
       Brooklyn, N.Y.

                                                          /S/

                                                          Carol Bagley Amon
                                                          Chief United States District Judge