**FILED**
IN CLERK'S OFFICE
U.S. DISTRICT COURT E.D.N.Y.

★ APR 1 2 2012 ★

**BROOKLYN OFFICE**

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
------------------------------------------------------------X
HYUN B. EUN,

                      Plaintiff,

       -against-

ALL AMERICAN RECYCLE CENTER, et al.,

                   Defendants.
------------------------------------------------------------X

NOT FOR PUBLICATION
**ORDER**
10-cv-4710 (CBA) (MDG)

**AMON, Chief United States District Judge**.

    Before the Court is Magistrate Judge Marilyn D. Go's report and recommendation (R & R) on defendant's motion to dismiss the above-captioned action for failure to prosecute, Fed. R. Civ. P. 41(b). The Court has reviewed Magistrate Judge Go's recommendation that the motion to dismiss be granted. The well-reasoned R & R is adopted in its entirety, and defendant's motion to dismiss is granted. The Clerk of Court is directed to enter judgment accordingly and to close this case.

SO ORDERED.

Dated: April _12_, 2012
       Brooklyn, N.Y.

                              /S/

                          Carol Bagley Amon
                          Chief United States District Judge